Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

SCANNED

U.S.A. vs. Clay Moorefield

Docket No. 01-00161-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Clay Moorefield, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 23rd day of May 2002, who fixed the period of supervision at four years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall participate in drug testing and substance abuse treatment as directed by the probation office.
- Shall not possess a firearm or destructive device.
- Shall report in person to the probation office within 72 hours of release from the custody of the Bureau of Prisons.
- Shall pay a special assessment fee of $200.

05-23-02: Possession With Intent to Distribute in Excess of 5 Grams of Cocaine Base; 108 months' imprisonment, 4 years' supervised release.
03-18-08: Order, Judge Lancaster; Sentence reduction from 108 months' imprisonment to time served.
03-26-08: Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports the following:

**You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance.**

On August 12, 2008, the releasee was arrested by the City of Pittsburgh, Pennsylvania, Police Department on charges of Possession With Intent to Distribute Heroin and Crack Cocaine and Escape. To date these charges are pending disposition. The releasee is currently free on a $5,000 percentage bond.

U.S.A. vs. Clay Moorefield
Docket No. 01-00161-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom No. 3A, 3rd Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on SEPTEMBER 23, 2008 at 1:30 PM, to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this 17th day of Sept, 2008 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2008

_____
John P. Kuklar
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania