FILED
SEP 17 2009
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

UNITED STATES DISTRICT COURT
For The
WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Clay Moorefield                                    Docket No. 01-00161-001

Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Clay Moorefield, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 23rd day of May 2002, who fixed the period of supervision at four years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall participate in drug testing and substance abuse treatment as directed by the probation office.
- Shall not possess a firearm or destructive device.
- Shall report in person to the probation office within 72 hours of release from the custody of the Bureau of Prisons.
- Shall pay a special assessment fee of $200.

05-23-02: Possession With Intent to Distribute in Excess of 5 Grams of Cocaine Base; 108 months' imprisonment, 4 years' supervised release.
03-18-08: Order, Judge Lancaster; Sentence reduction from 108 months' imprisonment to time served.
03-26-08: Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar.
09-17-08: Order signed, Judge Lancaster; Show cause hearing scheduled for September 23, 2008. (Rescheduled several times; eventually held at sentencing on new federal charges.)
09-08-09: Sentencing held on new federal drug charges at Criminal No. 09-00131-001 before Judge Lancaster; Sentenced to 60 months' custody of the Bureau of Prisons, followed by a 5-year term of supervised release. No further violation action taken at Criminal No. 01-00161-001; case to be terminated.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that on September 8, 2009, the releasee was before the Court on new federal drug charges at Criminal No. 09-00131-001 and was sentenced to the custody of the Bureau of Prisons for 60 months, followed by a 5-year term of supervised release. At the same hearing, the Court verbally noted that no further violation action would be taken at Criminal No. 01-00161-001 and the case be terminated.

PRAYING THAT THE COURT WILL ORDER the supervision at Criminal No. 01-00161-001 be terminated and the case be marked closed.

ORDER OF COURT

Considered and ordered this 16 day of Sept, 2009, and ordered filed and made a part of the records in the above case.

Gary L. Lancaster
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2009

John P. Kuklar
U.S. Probation Officer

Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania